Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com

*Attorneys for Defendant KeyBank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH M. HAVILAND,<br><br>Plaintiff,<br><br>vs.<br><br>DYCK-O'NEAL, INC.; and KEYBANK, NA,<br><br>Defendants. | Case No.: 2:19-cv-02060-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

THIS STIPULATION is entered into by and between Elizabeth M. Haviland ("Plaintiff") and Defendant KeyBank, N.A. ("KeyBank") (collectively, the "Parties"), by and through their respective undersigned counsel, based on the following:

WHEREAS, on December 2, 2019, Plaintiff filed her *Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.* [ECF No. 1] (the "Complaint");

WHEREAS, KeyBank's deadline to respond to the Complaint is December 31, 2019;

WHEREAS, KeyBank needs additional time to investigate the allegations set forth in the Complaint.

WHEREAS, the Parties have agreed to an extension for KeyBank to respond to the Complaint.

///

///

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

NOW, THEREFORE, subject to Court approval, the Parties agree that KeyBank shall have until **January 21, 2020** to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: December 27, 2019.                    Dated: December 27, 2019.

HAINES & KRIEGER, LLC                    SNELL & WILMER L.L.P.

By: */s/ David H. Krieger*                    By: */s/ Kelly H. Dove*
David H. Krieger, Esq.                         Kelly H. Dove, Esq.
Nevada Bar No. 9086                            Nevada Bar No. 10569
8985 S. Eastern Ave., Suite 350                3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89123                            Las Vegas, NV 89169
*Attorneys for Plaintiff*                      *Attorneys for Defendant KeyBank, N.A.*

<u>**ORDER**</u>

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that KeyBank shall have until January 21, 2020 to respond to Plaintiff's Complaint.

4817-7

**IT IS SO ORDERED**

**DATED: December 31, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -