Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com

*Attorneys for Defendant KeyBank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH M. HAVILAND,<br><br>Plaintiff,<br><br>vs.<br><br>DYCK-O'NEAL, INC.; and KEYBANK, NA,<br><br>Defendants. | Case No.: 2:19-cv-02060-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

THIS STIPULATION is entered into by and between Elizabeth M. Haviland ("Plaintiff") and Defendant KeyBank, N.A. ("KeyBank") (collectively, the "Parties"), by and through their respective undersigned counsel, based on the following:

WHEREAS, on December 2, 2019, Plaintiff filed her *Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.* [ECF No. 1] (the "Complaint");

WHEREAS, KeyBank's deadline to respond to the Complaint is January 21, 2020;

WHEREAS, the Parties have been engaged in settlement discussions that may resolve the entire dispute between the Parties;

WHEREAS, the Parties have agreed to an extension for KeyBank to respond to the Complaint.

///

///

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

NOW, THEREFORE, subject to Court approval, the Parties agree that KeyBank shall have until **February 4, 2020** to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: January 17, 2020.

HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff*

Dated: January 17, 2020.

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant KeyBank, N.A.*

**ORDER**

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that KeyBank shall have until February 4, 2020 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED**

**DATED: January 21, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -